LILLIAN SCHULTZ, Appellant, v. PAUL SCHULTZ, Respondent.— Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MAURICE SMILEY, Respondent, v. HAYAT CARPET CLEANING COMPANY, INC., Defendant; NORTHERN ASSURANCE COMPANY, LTD., OF LONDON, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

TAPPAN AND NYACK BUS, INC., Appellant, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT and Another, Respondents.— Motion for reargument granted and case set down for reargument on Monday, November 13, 1933. Present — Lazansky, P. J., Kapper, Hagarty and Carswell, JJ.; Tompkins, J., not voting. [See 236 App. Div. 849; 237 id. 831.]

ALBERT WILLIAMS, Respondent, v. CRANFORD COAL AND LAND CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GEORGE WILNER, Respondent, v. ISRAEL PINSBERG and BENJAMIN BEIER, Individually and as Copartners, etc., and Others, Appellants.— Motion for reargument of motion granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. On reargument, order resettled so as to provide that, instead of giving an additional undertaking in the sum of $1,000, an undertaking with corporate surety shall be furnished within five days from the entry of the order herein, conditioned to pay all costs and disbursements in the Appellate Division not exceeding $500; otherwise, motion denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

H. M. BARTUNEK, Appellant, v. DANTE GOLLINI, Also Known as LINO DANTE GOLLINI, and Others, Defendants, Impleaded with GUISEPPE BONOMOLO, Also Known as GIUSEPPE BONOMOLO, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Scudder, Tompkins and Davis, JJ., concur; Young, J., dissents.

HARRY BERMAN, Respondent, v. MORRIS KARP, Appellant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

BOWERY SAVINGS BANK, Plaintiff, v. WATER FRONT SERVICE CORPORATION, Appellant; JOSEPH H. O'NEIL, Receiver, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion to fix rent payable by the owner denied, with ten dollars costs. It appears that the mortgaged property in question had been leased by the owner to a tenant who is in possession thereof, and that said lease was made more than two years prior to the appointment of the receiver. The rentals arising on the lease had been assigned to the plaintiff mortgagee. The record discloses no authority for the court at Special Term to fix a sum for reasonable use and occupation to be paid by the owner. (*Prudence Co.* v. *160 W. 73rd St. Corp.*, 260 N. Y. 205; *Holmes* v. *Gravenhorst*, 238 App. Div. 313.) Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.